**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| CASEY BERNARD | : | CIVIL ACTION |
|     Plaintiff | : | NO. 3:20-CV-00481 (VAB) |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY and | : | |
| YALE UNIVERSITY SCHOOL OF MEDICINE | : | APRIL 13, 2020 |
|     Defendants/Apportionment Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA and | : | |
| GCO ENTERPRISES, LLC | : | |
|     Apportionment Defendants | : | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Matthew H. Geelan, as attorney for the Defendants, Yale University and Yale University School of Medicine, in the above-entitled matter.

                                              THE DEFENDANTS,
                                              YALE UNIVERSITY AND YALE
\                                            UNIVERSITY SCHOOL OF MEDICINE

                                              /s/ Matthew H. Geelan
                               By:_____
                                   MATTHEW H. GEELAN – CT26934
                                   DONAHUE, DURHAM & NOONAN, P.C.
                                   Concept Park, Suite 306
                                   741 Boston Post Road
                                   Guilford, CT   06437
                                   Tel:  (203) 458-9168
                                   Fax:  (203) 458-4424
                                   mgeelan@ddnctlaw.com

## **CERTIFICATION**

I hereby certify that on April 13, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by email/mail service to anyone unable to access electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Matthew H. Geelan

MATTHEW H. GEELAN