**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| CASEY BERNARD, | : | NO. 3:20-CV-481 (VAB) |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY AND YALE | : | |
| UNIVERSITY SCHOOL OF MEDICINE, | : | |
|     Defendants/Apportionment Plaintiffs,. | | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA AND | : | |
| GCO ENTERPRISES, LLC, | : | APRIL 14, 2020 |
|     Apportionment Defendants. | : | |

**MOTION TO DISMISS**

Pursuant to Federal Rules of Civil Procedure 12(b)(1), the Apportionment Defendant, the United States of America (the "Government"), moves to dismiss the apportionment complaint filed by the Defendants/Apportionment Plaintiffs, Yale University and Yale Medical Center (together, the "Yale Defendants").

The Government respectfully submits that this Court lacks subject matter jurisdiction, as the Government has not waived sovereign immunity for apportionment complaints and so is immune from liability pursuant to Conn. Gen. Stat. § 52-102b(c). The Government argues further that this Court lacks jurisdiction pursuant to the derivative jurisdiction doctrine under 28 U.S.C. § 1442(a)(1). The Yale Defendants cannot meet their burden of proving the Court has subject matter jurisdiction over the Apportionment Complaint. As such, the Apportionment Complaint must be dismissed pursuant to Rule 12(b)(1).

APPORTIONMENT DEFENDANT,
THE UNITED STATES OF AMERICA

By Its Attorneys:

JOHN H. DURHAM,
UNITED STATES ATTORNEY

/s/ Jillian R. Orticelli
Jillian R. Orticelli (ct28591)
Assistant U.S. Attorney
157 Church Street, 25th Floor
New Haven, CT 06510
Tel.: (203) 821-3700
Fax: (203) 821-5373
Email: Jillian.Orticelli@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 14, 2020, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by e-mail/mail service to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        /s/ Jillian R. Orticelli
        Jillian R. Orticelli (ct 28591)
        Assistant United States Attorney