UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------------------X
CASEY BERNARD,

        Plaintiff,                              Docket No.: 3:20-cv-481 (VAB)

v.

YALE UNIVERSITY and
YALE UNIVERSITY SCHOOL OF MEDICINE,

        Defendants/Apportionment Plaintiffs,

v.

UNITED STATES OF AMERICA and
GCO ENTERPRISES, LLC,

                                                      July 8, 2020
        Apportionment Defendants
-------------------------------------------------------------------X

## **DEMAND FOR A TRIAL BY JURY**

      The plaintiff Casey Bernard hereby demands a trial by jury in the above matter, as to all issues so triable.

                                        PLAINTIFF
                                        CASEY BERNARD

                                        */s/ Clifford J. Grandjean*
                                        Clifford J. Grandjean, Esq.
                                        Bar No. ct06362
                                        Kennedy, Johnson, Schwab & Roberge, LLC
                                        555 Long Wharf Drive, 13th Floor
                                        New Haven, CT 06511
                                        Tel (203) 865-8430
                                        cgrandjean@kennedyjohnson.com

## **CERTIFICATION**

      I hereby certify that on July 8, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                        */s/ Clifford J. Grandjean*
                                        Clifford J. Grandjean, Esq.